## WEISMAN v. UNITED STATES.*

(Circuit Court of Appeals, Eighth Circuit. October 29, 1921.)

### No. 5852.

In Error to the District Court of the United States for the District of Minnesota; Page Morris, Judge.

Criminal prosecution by the United States against Michael Weisman. Judgment of conviction, and defendant brings error. Affirmed.

Ernest S. Cary, of Minneapolis, Minn. (Frank W. Booth, of Minneapolis, Minn., on the brief), for plaintiff in error.

Alfred Jaques, U. S. Atty., of Duluth, Minn.

Before SANBORN, Circuit Judge, and TRIEBER and NEBLETT, District Judges.

SANBORN, Circuit Judge. This case was argued and submitted to the court at the same time that the arguments were made and submitted in Saul Goldberg v. United States (No. 5766) 277 Fed. 211, in which every question in it has been considered, and in the opinion in which the conclusion of the court concerning each of them has been stated.

The judgment in this case is therefore affirmed, upon the opinion in that case, which is handed down herewith.